No. 99–7137. ORIAKHI *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 99A464. CHIINGIRIAN *v.* UNITED STATES. Application for release pending appeal, addressed to JUSTICE SOUTER and referred to the Court, denied.

No. D–1956. IN RE DISBARMENT OF BLEECKER. Disbarment entered. [For earlier order herein, see 524 U. S. 902.]

No. D–2106. IN RE DISBARMENT OF PIPES. Disbarment entered. [For earlier order herein, see *ante,* p. 925.]

No. D–2108. IN RE DISBARMENT OF PASSALACQUA. Disbarment entered. [For earlier order herein, see *ante,* p. 925.]

No. D–2109. IN RE DISBARMENT OF EL-AMIN. Disbarment entered. [For earlier order herein, see *ante,* p. 948.]

No. D–2110. IN RE DISBARMENT OF MORGENSTERN. Disbarment entered. [For earlier order herein, see *ante,* p. 948.]

No. D–2112. IN RE DISBARMENT OF ELKINS. Disbarment entered. [For earlier order herein, see *ante,* p. 961.]